# *United States District Court*
### Northern District of New York

# JUDGMENT

**CONN L. HOLBERT**

          **V.**          **CASE NUMBER: 1:09-CV-00286 (FJS/DEP)**

**COMMISSIONER OF SOCIAL SECURITY
SECURITY**

**[X]  Decision by Court.**  This action came to hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings.

| | |
|---|---|
| December 15, 2009 | LAWRENCE K. BAERMAN |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | |
| | **s/** |
| | _____ |
| | **DONNA M. FRANCISCO** |
| | **DEPUTY CLERK** |