UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONN L. HOLBERT,

                      Plaintiff,

- against -

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-------------------------------------------------------------X

CB 5989

Civil Action No.:
1:09-cv-00286-FJS-DEP

**STIPULATION AND
ORDER REGARDING
ATTORNEY FEES**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, CONN L. HOLBERT, and counsel for Defendant, the COMMISSIONER OF SOCIAL SECURITY, that Plaintiff's counsel is awarded $5,726.85 (Five Thousand Seven Hundred Twenty Six Dollars and Eighty Five Cents) in attorney fees plus $350.00 (Three Hundred Fifty Dollars and Zero Cents) in court costs in full satisfaction of any claim for fees, costs and other expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       December 15, 2009

                                /s/Charles Binder
                                CHARLES E. BINDER
                                LAW OFFICES OF HARRY J. BINDER
                                AND CHARLES E. BINDER, P.C.
                                Attorneys for Plaintiff
                                60 East 42nd Street, Suite 520
                                New York, New York 10165
                                Phone: (212) 677-6801
                                Fax: (646) 273-2196
                                Email: fedcourt@binderandbinder.com

New York, New York
December ___, 2009

                    ANDREW T. BAXTER
                    Acting United States Attorney
                    100 South Clinton Street
                    Syracuse, New York 13261

          By: _____
                Thomas C. Gray
                Special Assistant U.S. Attorney

**SO ORDERED:**

Dated: _____
Albany, New York

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: December 31, 2009
       Syracuse, NY

Honorable David E. Peebles
United States Magistrate Judge