## *UNITED STATES DISTRICT COURT*
### *NORTHERN DISTRICT OF NEW YORK*

## <u>JUDGMENT ON ATTORNEY'S FEES</u>

**Conn L. Holbert**

       **vs.**                              **CASE NUMBER: 1:09-CV-286 (FJS/DEP)**

**Commissioner of Social Security**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to the Consent Order filed herein, this case is REVERSED and
REMANDED to the Commissioner of Social Security for further proceedings.

Upon stipulation of the parties, this court awards $5,726.85 to plaintiff's attorney plus
costs in the amount of $350.00 pursuant to the Equal Access to Justice Act, 28 Usc
section 2412.

All of the above pursuant to the Orders of the Honorable Magistrate Judge David E.
Peebles, dated 12/14/2009 and 12/31/2009.

DATED: January 11, 2010

Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk